SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
MOISES VILLALOBOS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLAUDINE L. HOUSTON D/B/A KEN MAR APPLIANCES; SYLVIA ANN SILL; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:23-cv-08920-JFW (MARx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CLAUDINE L. HOUSTON D/B/A KEN MAR APPLIANCES** |

**PLEASE TAKE NOTICE** that Plaintiff MOISES VILLALOBOS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CLAUDINE L. HOUSTON D/B/A KEN MAR APPLIANCES ("Defendant") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　(a) **Voluntary Dismissal.**

　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

    (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  November 7, 2023    SO. CAL. EQUAL ACCESS GROUP

             By: */s/  Jason J. Kim*
                Jason J. Kim
                Attorneys for Plaintiff